# CRIMINAL COMPLAINT
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Andres Eugenio Mendoza-Marquez**<br>DOB: 1996; Mexican Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>**20-06018MJ** |

Complaint for violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about August 30, 2020, at or near Nogales, in the District of Arizona, **Andres Eugenio Mendoza-Marquez** did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On August 30, 2020, **Andres Eugenio MENDOZA Marquez**, a Mexican citizen with Legal Permanent Residence (LPR), made entry from Nogales, Sonora, Mexico into Nogales, Arizona via the SENTRI vehicle lanes located at the DeConcini Port of Entry (POE) in Nogales, Arizona. **MENDOZA** was traveling in a white 2004 Ford Ranger. During the primary screening of **MENDOZA** by Customs and Border Protection Officers (CBPOs), the officers selected **MENDOZA** for a secondary inspection due to nervous behavior. CBPOs conducted a pat-down of **MENDOZA** and a search of the vehicle. A total of three packages containing approximately 1.16 kilograms of pills was found on his person and inside his backpack that was found in the vehicle. A representative sample of the pills tested positive for the characteristics of fentanyl.

After waiving his *Miranda* rights, **MENDOZA** admitted that he had knowledge about the fentanyl found on his person and inside his backpack that was in the vehicle. This was **MENDOZA's** fourth time smuggling illegal drugs through the POE. **MENDOZA** stated he would be paid $1,000.00 to successfully transport the fentanyl into the United States from Mexico.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>JS2/pl<br>AUTHORIZED AUSA *Julie Sottosanti*<br>Sworn to telephonically | SIGNATURE OF COMPLAINANT (official title)<br>LUIS VALENCIA *Digitally signed by LUIS VALENCIA Date: 2020.08.31 12:17:03 -07'00'*<br>OFFICIAL TITLE<br>HSI Special Agent |
|---|---|
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>August 31, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1 and 54